UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE NOEL NUNN, | Case No.: 2:24-cv-01251-JAD-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| CLARK COUNTY DETENTION CENTER, et al., | |
| Defendants. | |

On July 11, 2024, Plaintiff Tyrone Noel Nunn, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a document titled "ATM" and described as "The Slander Affidavit." (ECF No. 1-1). The document references a different case that Nunn initiated in this Court, and it is not clear whether Nunn intended to file the document in that case or initiate this new case. Nunn has not filed a complaint in this case.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. As such, the Court grants Nunn until **August 23, 2024**, to submit a complaint to this Court. Alternatively, if Nunn initiated this new case by accident, Plaintiff may file a motion to voluntarily dismiss this case.

Accordingly, IT IS HEREBY ORDERED that Plaintiff has until **August 23, 2024**, to submit a signed amended complaint to this Court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a signed complaint.

///

///

///

The Clerk of the Court is directed to send Plaintiff Tyrone Noel Nunn the approved form for filing a 42 U.S.C. § 1983 complaint, instructions for the same, and a courtesy copy of Nunn's initiating documents (ECF No. 1-1).

DATED THIS <u>23rd</u> day of July 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE